IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY D. TROTTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-233-CFC-SRF |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 16th day of May, 2019, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on April 24, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that Magistrate Judge Fallon's Report and Recommendation (D.I. 25) is adopted and this case is closed without prejudice for failure to prosecute.

                                                         _____
                                                         United States District Judge