IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY D. TROTTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-233-CFC-SRF |
| | ) |
| ANDREW SAUL[1], | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 15th day of July, 2019, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on May 29, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 28) is adopted.

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June 17, 2019 to succeed Acting Commissioner Nancy A. Berryhill. Berryhill succeeded Carolyn A. Colvin, who served as Acting Commissioner of Social Security from January 19, 2013 until January 20, 2017. Colvin was the original party in this case. Pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. §405(g), Andrew Saul was automatically substituted as the Defendant in this action.

2. Plaintiff's motion for reconsideration (D.I. 27) is denied.

_____
United States District Judge